UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH V. FOSTER, JR.                              CIVIL ACTION

VERSUS

TIM DELANEY, ET AL.                                NO.:15-00155-BAJ-SCR

## RULING AND ORDER

On June 6, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Joseph V. Foster's ("Plaintiff") Applicaation (sic) for a Writ of Mandamus be denied. (Doc. 18).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 18 at p. 1). On June 17, 2015, Plaintiff timely filed objections.[1]

---

[1] In his objections, Plaintiff contends that the Magistrate Judge "mistakenly found Plaintiff's move for a Writ of Mandamus to lack jurisdiction." (Doc. 19 at p. 1). Plaintiff's objections continue to state his interpretation of legal principles, and detail the circumstances surrounding his alleged attempt to pay the requisite filing fee before concluding that "the Magistrate Judge was in err in his failure to recognized and render [the] manner of relief' requested. (Doc. 19 at p. 3-4). The Court finds Plaintiff's objections lack legal support, and thus also lack merit. The Court notes, however, that Plaintiff points to the balance in his reserve account and states that he needs a court order to withdraw the fees. However, Plaintiff also had $2.00 balances in both his drawing and savings account. Plaintiff does not address why payment from either of these accounts was not permissible. The Court is not privy to the inmate banking system, and thus, without additional information cannot make a determination as to which account payment should be made from. The Court has ordered Plaintiff to make an initial partial filing fee (Doc. 15). It is Plaintiff's responsibility to ascertain how to make the requisite payment.

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 18)** is **ADOPTED** as the Court's opinion herein.

Baton Rouge, Louisiana, this 14th day of July, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**